IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JARITA MESA LIVESTOCK GRAZING
ASSOCIATION, ALAMOSA LIVESTOCK
GRAZING ASSOCIATION, SEBEDEO
CHACON, THOMAS GRIEGO, DONALD
GRIEGO, MICHAEL PENA, JUAN GIRON,
JOE GURULE JR., FERNANDO GURULE,
DIEGO JARAMILLO, LORENZO JARAMILLO,
GABRIEL ALDAZ, ARTURO RODARTE,
JEFFREY CHACON, GLORIA VALDEZ,
JERRY VASQUEZ, CARLOS ORTEGA,
LEON ORTEGA, HORACIO MARTINEZ,
RONALD MARTINEZ, STEVE CHAVEZ,
VANGIE CHAVEZ, ALFONSO CHACON,
DANIEL RAEL, JOHN VALDEZ,
and BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF RIO ARRIBA,

       Plaintiffs,

vs.                                                                                                                  No. CIV 12-0069 JB/KBM

THE UNITED STATES FOREST SERVICE
and DIANA TRUJILLO, in her official
and individual capacities,

       Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiffs' Motion to Strike Portions of Defendants' Reply, or in the Alternative, for Leave to File Surreply in Opposition to Defendants' Motion for Reconsideration, filed April 26, 2013 (Doc. 82). The Court held a hearing on July 26, 2013. For the reasons the Court stated on the record, the Court will grant the motion in part and deny it in part. The Court denies the request to strike portions of the Defendants' reply, and grants the alternative request for leave to file a surreply in opposition to the Defendants' motion.

**IT IS ORDERED** that the Plaintiffs' Motion to Strike Portions of the Defendants' Reply, or in the Alternative, for Leave to File Surreply in Opposition to Defendants' Motion for Reconsideration, filed April 26, 2013 (Doc. 82), is granted in part and denied in part.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Simeon Herskovits
Iris A. Thornton
Advocates for Community and Environment
El Prado, New Mexico

--and--

Richard Rosenstock
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*

Kenneth J. Gonzales
   United States Attorney
Ruth Fuess Keegan
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Andrew A. Smith
United States Department of Justice
Environment & Natural Resources Division
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendants*

---

[1] This Order disposes of the motion. The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.